RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Lauren_gorman@fd.org

Attorney for CARLOS VASQUEZ-ORTIZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS VASQUEZ-ORTIZ,<br><br>　　　　　Defendant. | Case No. 3:21-cr-00023-MMD-WGC<br><br>**MOTION TO DISMISS** |

　　　　Mr. Vasquez-Ortiz moves through his counsel LAUREN GORMAN, Assistant Federal Public Defender, to dismiss the indictment against him on the grounds that Section 1326 violates the equal protection guarantee of the Fifth Amendment under the standard articulated in *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977). Mr. Vasquez-Ortiz incorporates by reference the record in *United States v. Carrillo-Lopez*, No. 3:20-cr-00026-MMD-WGC, including the order dismissing the indictment against Mr. Carrillo-Lopez and finding he established that Section 1326 was enacted with a discriminatory purpose and that the law has a disparate impact on Latinx persons, and the government failed to show that Section 1326 would have been enacted absent racial animus. *Id.* at ECF No. 60.

1       For the reasons set forth in the Court's order in United States v. Carrillo-Lopez, 3:20-cr-00026-MMD-WGC at ECF No. 60, Mr. Vasquez-Ortiz respectfully requests that the indictment against be dismissed with prejudice.

      DATED this 19th day of August, 2021.

                                RENE L. VALLADARES
                                Federal Public Defender

                    By: */s/ Lauren D. Gorman*
                                LAUREN D. GORMAN
                                Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 19, 2021, she served an electronic copy of the above and foregoing MOTION TO DISMISS by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501

                                              */s/ Katrina Burden*
                                              Employee of the Federal Public Defender