# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS VASQUEZ-ORTIZ,<br>    Aka "Carlos Ortiz-Dominguez"<br><br>    Defendant. | Case No. 3:21-cr-00023-MMD-CLB<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, Carlos Vasquez-Ortiz.

JASON M. FRIERSON
United States Attorney

*/s/ Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __14th__ day of November 2023.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE